IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 AUG -3 PM 3: 00

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EMILY CARYL LEMMINGS,

    Plaintiff,

v.                                    NO. 05-2516-MaP

FEDEX GROUND PACKAGE
SYSTEM, INC.,

    Defendant.

## ORDER GRANTING DEFENDANT AN
## EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND

Upon unopposed motion of Defendant, it is hereby ordered that Defendant's time to answer or otherwise respond to Plaintiff's Complaint is extended to and including August 31, 2005.

Entered this __3__ day of August, 2005.

_____
~~Samuel H. Mays, Jr.~~, Judge
United States ~~District~~ Court
       Magistrate

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on __8-4-05__

6

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 6 in case 2:05-CV-02516 was distributed by fax, mail, or direct printing on August 4, 2005 to the parties listed.

---

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Jill Marie Shirley
HURST LAW FIRM, P.A.
2287 Union Ave.
Memphis, TN 38104

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Honorable Samuel Mays
US DISTRICT COURT