IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ____ D.C.

05 SEP 15 PM 2: 52

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

EMILY CARYL LEMMINGS,

    **Plaintiff,**

v.                                  NO. 05-2516-MaP

FEDEX GROUND PACKAGE
SYSTEM, INC.,

    **Defendant.**

## ~~PROPOSED~~ SCHEDULING ORDER

Pursuant to written notice, a scheduling conference was held September 15, 2005. Present were Jason G. Wolfkill, counsel for Plaintiff, and James R. Mulroy, II, counsel for Defendant. At the conference, the following dates were established as the final dates for:

**INITIAL DISCLOSURES PURSUANT TO Fed. R. Civ. P. 26(a)(1):** September 30, 2005

**JOINING PARTIES:** November 15, 2005

**AMENDING PLEADINGS:** November 15, 2005

**INITIAL MOTIONS TO DISMISS:** December 15, 2005

**COMPLETING ALL DISCOVERY:** July 30, 2006

    **(a)**   **DOCUMENT PRODUCTION:** July 30, 2006

    **(b)**   **DEPOSITIONS, INTERROGATORIES AND REQUESTS FOR ADMISSIONS:** July 30, 2006

    **(c)**   **EXPERT WITNESS DISCLOSURE (Rule 26):**

        **(1)**   **DISCLOSURE OF PLAINTIFF'S RULE 26 EXPERT INFORMATION:** May 20, 2006

  (2) **DISCLOSURE OF DEFENDANT'S RULE 26 EXPERT INFORMATION:** June 30, 2006

  (3) **EXPERT WITNESS DEPOSITIONS:** July 30, 2006

**FILING DISPOSITIVE MOTIONS:** August 30, 2006

**OTHER RELEVANT MATTERS:**

No depositions may be scheduled to occur after the discovery cutoff date. All motions, requests for admissions, or other filings that require a response must be filed sufficiently in advance of the discovery cutoff date to enable opposing counsel to respond by the time permitted by the Rules prior to that date.

Motions to compel discovery are to be filed and served by the discovery deadline or within 30 days of the default or the service of the response, answer, or objection, which is the subject of the motion, if the default occurs within 30 days of the discovery deadline, unless the time for filing of such motion is extended for good cause shown, or the objection to the default, response, answer, or objection shall be waived.

The case is set for **jury/~~non-jury~~** [TMP] trial. The pretrial order date, pretrial conference date, and trial date will be set by the presiding judge. *Trial is expected to last 3-4 days.* [TMP]

This case is appropriate for ADR. The parties are directed to engage in court-annexed attorney mediation or private mediation after the close of discovery.

The parties are reminded that pursuant to Local Rule 11(a)(1)(A), all motions, except motions pursuant to Fed. R. Civ. P. 12, 56, 59, and 60 shall be accompanied by a proposed order.

The opposing party may file a response to any motion filed in this matter. Neither party may file an additional reply, however, without leave of the court. If a party believes that a reply is

necessary, it shall file a motion for leave to file a reply accompanied by a memorandum setting forth the reasons for which a reply is required.

The parties **have/have not** consented to trial before the magistrate judge.

This order has been entered after consultation with trial counsel pursuant to notice. Absent good cause shown, the scheduling dates set by this order will not be modified or extended.

IT IS SO ORDERED.

/s/ Tu M. Pham

TU M. PHAM
UNITED STATES MAGISTRATE JUDGE

Date: September 15, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 11 in case 2:05-CV-02516 was distributed by fax, mail, or direct printing on September 16, 2005 to the parties listed.

---

James R. Mulroy
LEWIS FISHER HENDERSON & CLAXTON, LLP
6410 Poplar Ave.
Ste. 300
Memphis, TN 38119

Jason G. Wolfkill
BOROD & KRAMER
80 Monroe Ave.
Ste. G1
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT